IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>              **Plaintiff,**<br><br>v.<br><br>**TERI ANN JARVIS**<br><br>              **Defendant.** | **MEMORANDUM DECISION AND ORDER DENYING EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Case No. 1:15-CR-12-DAK<br><br>Judge Dale A. Kimball |

      On August 24, 2023, the court received a letter from Defendant seeking early termination of supervised release. This court sentenced Defendant to 42 months of incarceration and 36 months of supervised release. Defendant's term of supervised release began on March 8, 2022, so she has served approximately 18 months of her 36-month term. The United States opposes Defendant's motion, and Defendant's United States Probation Officer has not provided the court with a recommendation.

      Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised released "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the "interest of justice." The factors to be considered in Section 3553(a) are those factors to be considered in imposing a sentence, including "the nature and circumstances of the offense and the history and characteristics of the defendant," the applicable sentencing guidelines and any policy statements issued by the Sentencing Commission, and the need for the sentence imposed

to promote respect for the law, to provide just punishment, to deter other criminal conduct, and to provide the defendant with needed services. *See* 18 U.S.C. § 3553(a).

Defendant's Probation Officer indicated that Defendant has yet to establish a payment plan with the U.S. Attorney's Financial Litigation Unit ("FLU"). Furthermore, the court has concerns with respect to Defendant's criminal history and the nature and circumstances of the offense. This type of crime has a likelihood of recidivism and there is a need to err on the side of caution to protect the community. The court believes that Defendant will benefit from continued supervision to help ensure that Defendant continues along the right path consistently. The court, therefore, denies Defendant's motion for early termination of supervised release at this time.

Dated this 30th day of August 2023.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge